371 A.2d 867
Commonwealth v. Wilkes, Appellant.

Submitted September 13, 1976. John W. Packel, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Deborah E. Glass, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 867
Commonwealth v. Williams, Appellant.

Submitted September 13, 1976. Lawrence B. Fox, and Newman, Fox & Parks, for appellant; Robert A. Freedberg, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.